# Court of Appeals
# of the State of Georgia

ATLANTA, February 14, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1009. IN THE INTEREST OF K. B., A CHILD (FATHER).**

The father, C. R., has filed a direct appeal from the trial court's order terminating his parental rights and denying his petition to legitimate the child. However, under OCGA § 5-6-35 (a) (12), appeals from orders terminating parental rights must be made by filing an application for discretionary review. See *In the Interest of K. R.*, 285 Ga. 155 (674 SE2d 288) (2009). Likewise, a legitimation action is a domestic relations case, and an appeal in a domestic relations case must also be made by filing an application for discretionary review. See OCGA § 5-6-35 (a) (2); *Cloud v. Norwood*, 321 Ga. App. 218 (739 SE2d 93) (2013); *Brown v. Williams*, 174 Ga. App. 604 (332 SE2d 48) (1985). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Because the father failed to comply with our discretionary appeals procedure, we lack jurisdiction to consider this direct appeal, which is hereby DISMISSED. See id.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 02/14/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*